**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-11-0000413**
**13-FEB-2014**
**09:45 AM**

NO. CAAP-11-0000413

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

JANAE D. VICTOR, Individually and as Prochein Ami of
SINJIN VICTOR, a Minor, Plaintiffs-Appellants,
v.
MICHAEL C. KOGA, DOREEN F. KOGA,
Defendants-Appellees,
and
LYLE M. NONAKA and DOE ONE through DOE TEN, Defendants

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 09-1-2122)

ORDER
(By: Fujise, Presiding Judge, Reifurth and Ginoza, JJ.)

Upon consideration of the Stipulation to Dismiss Appeal filed on February 3, 2014, and the record and file herein, it appears that on January 10, 2014, a Summary Disposition Order was filed in this case and a stipulation for dismissal of the appeal is unwarranted. Therefore,

IT IS HEREBY ORDERED that the February 3, 2014 Stipulation to Dismiss Appeal is denied.

DATED: Honolulu, Hawai'i, February 13, 2014.

Presiding Judge

Associate Judge

Associate Judge